UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Debra Julian et al.,

            Plaintiffs,

–v–

MetLife, Inc. et al.,

            Defendants.

17-cv-0957 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court grants the parties' request to publicly file in redacted form certain documents submitted in connection with the Plaintiffs' motion for conditional certification and to file under seal the unredacted versions of those documents. *See* Dkt. No. 40. These applications comport with the applicable standard in this Circuit for filing under seal – articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-120 (2d Cir. 2006) – and are appropriate. The materials the parties seek leave to redact concern proprietary and sensitive information related to MetLife's personnel training, internal business operations, information about non-public third-party clients, and other sensitive data. Dkt. No. 41. The Court is in receipt of unredacted versions of the documents and will file them under seal.

    Nothing in this Order alters the parties' obligation to file any proposed redactions – with justifications for those redactions – to the Court's Memorandum Opinion and Order by April 2, 2018.

    This resolves Docket Number 40.

SO ORDERED.

Dated: March 27, 2018
      New York, New York

_____
ALISON J. NATHAN
United States District Judge