

*David Tracey*, Senior Litigation Counsel
(646) 402-5667
dtracey@sanfordheisler.com   New York | Washington D.C.

March 13, 2020

**VIA ECF**
Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Application GRANTED. SO ORDERED.

Barbara Moses, U.S.M.J.
March 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

**MEMO ENDORSED**

Re: *Julian, et al. v. Metropolitan Life Insurance Co.*, **No. 1:17-cv-00957-AJN-BCM**
  **Motion to Compel 30(b)(6) Designee on MetLife's ESI**

Dear Magistrate Judge Moses:

We write regarding Plaintiffs' request for a pre-motion conference to compel a 30(b)(6) designee on Defendant Metropolitan Life Insurance Company's ("MetLife") electronically stored information ("ESI"). Plaintiffs filed this request via letter motion on February 20, 2020, Dkt No. 107, and Defendant filed a response in opposition on February 25, 2020, Dkt. No. 110. On February 28, 2020, the Parties jointly informed the Court that they had agreed to further meet and confer on the issues raised in their letters in order to attempt to resolve their dispute without further need for court intervention. Dkt. No. 113. On March 5, 2020, the Parties informed the court that they were continuing their efforts to resolve their dispute. Dkt. No. 116.

Since then, the Parties have continued to meet and confer. Defendant's counsel has conducted interviews with potential 30(b)(6) designees and will provide Plaintiffs' counsel with written descriptions of certain systems about which Plaintiffs seek testimony. Plaintiffs will evaluate the written descriptions to determine whether at this stage of the proceedings, they need 30(b)(6) testimony on all of the ESI systems at issue. Unfortunately, due in part to counsel's schedules and complications relating to COVID-19, this process may take several weeks.

Accordingly, the Parties jointly request that the Court continue to hold Plaintiffs' motion, Dkt. No. 107, in abeyance, and not set a date for a pre-motion conference until April 6, 2020. The Parties intend to inform the Court by April 3, 2020 as to whether they have resolved their dispute.

Respectfully,

/s/ David H. Tracey
David H. Tracey
SANFORD HEISLER SHARP LLP

/s/ Melissa C. Rodriguez
Melissa C. Rodriguez
MORGAN, LEWIS & BOCKIUS

| | |
|---|---|
| 1350 Avenue of the Americas, 31st Floor<br>New York, New York 10019<br>(646) 402-5650 | 101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000 |
| *Attorneys for Plaintiffs, the Members of the Collective Action, and the Members of the Proposed Classes* | *Attorneys for Defendant* |