

*Michael Palmer*, Partner
(646) 402-5653
mpalmer@sanfordheisler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/22/2020

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

June 22, 2020

**VIA ECF**
Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
June 22, 2020

Re: ***Julian, et al. v. Metropolitan Life Insurance Co.***, No. 1:17-cv-00957-AJN-BCM

Dear Magistrate Judge Moses:

**MEMO ENDORSED**

We represent Plaintiffs in the above-captioned matter. On June 15, 2020, the Court scheduled a status conference for June 29, 2020 at 10:00 a.m. and ordered the parties to submit a joint letter identifying discovery disputes and stating the parties' respective positions by no later than June 24, 2020. *See* Dkt. No. 177.

Pursuant to Rule 1(b) of Your Honor's Individual Practices, the Plaintiffs request a short extension of time to submit a joint status letter. Specifically, due to scheduling conflicts, we request that the parties have until June 25, 2020 at 2:00 p.m. to file the joint letter. The parties have conferred, and Defendants consent to this request.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Michael D. Palmer*
Michael D. Palmer

cc: Christopher A. Parlo, Esq; Melissa C. Rodriguez, Esq.; Ashley J. Hale, Esq.
 (Attorneys for Defendant, via ECF)