# EXHIBIT U

## METROPOLITAN LIFE INSURANCE COMPANY
## LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

**Name:** Adalie Arroyo        **Date:** February 15, 2018

**Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.**

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? ✓ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? ✓ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? ✓ Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? ✓ Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? ✓ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? ✓ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? ✓ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? ✓ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? ✓ Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? ✓ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? ✓ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? ✓ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? ✓ Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? ✓ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? ✓ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? ✓ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? ✓ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? ✓ Yes ___ No

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? ___ Yes ✓ No

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? ✓ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? ___ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? ✓ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? ✓ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? ✓ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings?
___ Yes ✓ No

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? ✓ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? ✓ Yes ___ No

28) Evaluating claims for possible fraud? ___ Yes ✓ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? ✓ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? ✓ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? ✓ Yes ___ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? ✓ Yes ___ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? ✓ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? ___ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? ✓ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? ✓ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? ✓ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? ✓ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? ✓ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? ✓ Yes ___ No

_Idalie Array_
PRINT NAME

_Idalie [signature]_
SIGN NAME

Confidential                                                                                                    MLIC_000001420

METROPOLITAN LIFE INSURANCE COMPANY
LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: Courtney Carlo    Date: 2/14/18

Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? _X_ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? _X_ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? _X_ Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? _X_ Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? _X_ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? _X_ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? _X_ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? _X_ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? _X_ Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? _X_ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? _X_ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? _X_ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? _X_ Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? _X_ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? _X_ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? _X_ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? _X_ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? _X_ Yes ___ No

Confidential    MLIC_000001347

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? _X_ Yes ___ No

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? _X_ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? _X_ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? _X_ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? _X_ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? _X_ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings?
_X_ Yes ___ No

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? _X_ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? _X_ Yes ___ No

28) Evaluating claims for possible fraud? _X_ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? _X_ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? _X_ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? _X_ Yes ___ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? _X_ Yes ___ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? _X_ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? _X_ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? _X_ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? _X_ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? _X_ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? _X_ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? _X_ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? _X_ Yes ___ No

_Courtney Carlo_  
PRINT NAME

_[signature]_  
SIGN NAME

DB1/ 94376110.1

2

Confidential

MLIC_000001348

## METROPOLITAN LIFE INSURANCE COMPANY
## LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: Tammy Crego    Date: 2/12/18

Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? ✓ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? ✓ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? ✓ Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? ✓ Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? ✓ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? ✓ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? ✓ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? ✓ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? ✓ Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? ✓ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? ✓ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? ✓ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? ✓ Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? ✓ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? ✓ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? ✓ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? ✓ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? ✓ Yes ___ No

Confidential                                                                                                    MLIC_000001357

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? ✓ Yes ___ No

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? ✓ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? ✓ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? ✓ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? ✓ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? ✓ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings? ✓ Yes ___ No

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? ✓ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? ✓ Yes ___ No

28) Evaluating claims for possible fraud? ✓ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? ✓ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? ✓ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? ✓ Yes ___ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? ✓ Yes ___ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? ✓ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? ✓ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? ✓ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? ✓ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? ✓ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? ✓ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? ✓ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? ✓ Yes ___ No

_Tammy Crego_  
PRINT NAME

_Tammy Crego_  
SIGN NAME

DB1/ 94376110.1

2

Confidential
MLIC_000001358

METROPOLITAN LIFE INSURANCE COMPANY
LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: Sharon Deforge        Date: February 14, 2018

**Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.**

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? ✓ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? ✓ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? ✓ Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? ✓ Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? ✓ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? ✓ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? ✓ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? ___ Yes ✓ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? ___ Yes ✓ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? ✓ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? ✓ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? ✓ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? ✓ Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? ✓ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? ✓ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? ✓ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? ✓ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? ✓ Yes ___ No

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? ✓ Yes ___ No

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? ✓ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? ___ Yes ✓ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? ✓ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? ✓ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? ✓ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings? ✓ Yes ___ No   I do not do my own investigation, only do a google search.

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? ✓ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? ✓ Yes ___ No

28) Evaluating claims for possible fraud? ✓ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? ✓ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? ✓ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? ___ Yes ✓ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? ___ Yes ✓ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? ✓ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? ✓ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? ✓ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? ✓ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? ✓ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? ✓ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? ✓ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? ✓ Yes ___ No

Sharon DeFraye
PRINT NAME

_____
SIGN NAME

DB1/ 94376110.1

2

Confidential                                                                                                                    MLIC_000001441

METROPOLITAN LIFE INSURANCE COMPANY
LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: Kim Kolyzs          Date: 2/6/18

Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? X Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? X Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? X Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? X Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? X Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? X Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? X Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? X Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? X Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? X Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? X Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? X Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? X Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? X Yes ___ No  Sometimes with NC for HCP

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? X Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? X Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? X Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? X Yes ___ No

Confidential                                                                                           MLIC_000001361

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? _X_ Yes ___ No  *Consult with VC*

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? _X_ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? _X_ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? _X_ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? _X_ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? _X_ Yes ___ No

25) Having social media searches conducted (~~or doing them on your own~~) and/or evaluating social media investigation findings?
_X_ Yes ___ No

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? _X_ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? _X_ Yes ___ No

28) Evaluating claims for possible fraud? _X_ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? _X_ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? _X_ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? _X_ Yes ___ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? _X_ Yes ___ No  *with VRC discussions*

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? _X_ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? _X_ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? _X_ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? _X_ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? _X_ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? _X_ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? _X_ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? ___ Yes _X_ No

_Kim Kolupa_
PRINT NAME

_Kim Kolupa_
SIGN NAME

DB1/ 94376110.1

2

Confidential

METROPOLITAN LIFE INSURANCE COMPANY
LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: Joquetta Randolph     Date: 2-8-18

**Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.**

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? ✓ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? ✓ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? ✓ Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? ✓ Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? ✓ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? ✓ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? ✓ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? ✓ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? ✓ Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? ✓ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? ✓ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? ✓ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? ✓ Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? ✓ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? ✓ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? ✓ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? ✓ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? ✓ Yes ___ No

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? ___ Yes ✓ No *recommends NC* *determines*

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? ✓ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? ✓ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? ✓ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? ✓ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? ✓ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings? ___ Yes ✓ No *I've never done or requested this*

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? ✓ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? ✓ Yes ___ No

28) Evaluating claims for possible fraud? ✓ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? ✓ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? ✓ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? ___ Yes ✓ No *refer to VRC*

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? ✓ Yes ___ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? ✓ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? ✓ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? ✓ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? ✓ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? ✓ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? ✓ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? ✓ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? ✓ Yes ___ No

_Joquetta Randolph_  
PRINT NAME

_____  
SIGN NAME

DB1/ 94376110.1

2

Confidential
MLIC_000001426

# METROPOLITAN LIFE INSURANCE COMPANY
## LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: _Ana Stavrolos_  Date: _1-4-18_

Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? _X_ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? _X_ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? ___ Yes ___ No — _if not sure, our VR specialist is involved_

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? ___ Yes ___ No — _if someone or medical additional help we have consultant or NC_

5) Communicating with health care providers and/or employers, including if information requires clarification? _X_ Yes ___ No _medical review_

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? _X_ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? _X_ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? _X_ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? _X_ Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? _X_ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? _X_ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? _X_ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? _X_ Yes ___ No — _if unsure we could contact NC discuss only_

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? _X_ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? _X_ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? _X_ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? _X_ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? _X_ Yes ___ No — _if not sure get NC involvement_

DB1/ 94376110.1

Confidential                                                                                                                                         MLIC_000001331

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? _X_ Yes ___ No

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? _X_ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? _X_ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? _X_ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? _X_ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? _X_ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings? _X_ Yes ___ No

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? _X_ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? _X_ Yes ___ No

28) Evaluating claims for possible fraud? _X_ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? _X_ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? _X_ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? _X_ Yes ___ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? _X_ Yes ___ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? _X_ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? _X_ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? _X_ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? _X_ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? _X_ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? _X_ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? _X_ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? _X_ Yes ___ No

Ana E. Jankiewicz
PRINT NAME

_____
SIGN NAME

Confidential                                                                                    MLIC_000001332

**METROPOLITAN LIFE INSURANCE COMPANY**
**LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY**

Name: Sheba Stephen     Date: 2/17/18

Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? ✓ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? ✓ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? ✓ Yes ___ No

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? ✓ Yes ___ No

5) Communicating with health care providers and/or employers, including if information requires clarification? ✓ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? ✓ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? ✓ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? ✓ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? ✓ Yes ___ No

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? ✓ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? ✓ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? ✓ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? ✓ Yes ___ No

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? ✓ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? ✓ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? ✓ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? ✓ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? ✓ Yes ___ No

DB1/ 94376110.1

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? ✓ Yes ___ No

20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? ✓ Yes ___ No

21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? ✓ Yes ___ No

22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? ✓ Yes ___ No

23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? ✓ Yes ___ No

24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? ✓ Yes ___ No

25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings?
✓ Yes ___ No

26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? ✓ Yes ___ No

27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? ✓ Yes ___ No

28) Evaluating claims for possible fraud? ✓ Yes ___ No

29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? ✓ Yes ___ No

30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? ✓ Yes ___ No

31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? ✓ Yes ___ No

32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? ✓ Yes ___ No

33) Evaluating whether the claimant is a candidate for vocational rehabilitation? ✓ Yes ___ No

34) Acting as the owner of the long term disability claims in your assigned book of claims? ✓ Yes ___ No

35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? ✓ Yes ___ No

36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? ✓ Yes ___ No

37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? ✓ Yes ___ No

38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? ✓ Yes ___ No

39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? ✓ Yes ___ No

40) Mentoring and coaching less experienced LTD Claims Specialists? ✓ Yes ___ No

Sheba Stephen
PRINT NAME

[signature]
SIGN NAME

DB1/ 94376110.1

2

Confidential                                                                            MLIC_000001432

METROPOLITAN LIFE INSURANCE COMPANY
LTD (and Sr. LTD) CLAIMS SPECIALIST SURVEY

Name: _Shawn Stephenson_  Date: _1-4-18_

Please fill out this survey and indicate below which of the following tasks you regularly perform or can perform in connection with the LTD claims in your book of claims. Answering "Yes" means you perform or can perform the task on some or all of your claims. Answering "No" means you do not ever perform that task or you do so rarely.

1) Verifying that the claimant is eligible for coverage under the LTD benefits plan? _X_ Yes ___ No

2) Interpreting and understanding the applicable LTD plan provisions, including the definition of disability under the plan, and deciding whether a condition described in claimant's application meets the definition? _X_ Yes ___ No

3) Reviewing and understanding the claimant's occupational duties and occupational requirements? _X_ Yes ___ No — but sometimes VRC assists

4) Analyzing the claimant's medical records, determining whether additional information is necessary and then evaluating whether the claimant's medical records are consistent with the medical diagnosis? _X_ Yes _X_ No — CM & NC assist

5) Communicating with health care providers and/or employers, including if information requires clarification? _X_ Yes ___ No

6) Serving as the face of MetLife with claimants, health care providers and employers, including guiding the claimant through the claim process? _X_ Yes ___ No

7) Interacting with attorneys where claimants are represented by counsel? _X_ Yes ___ No

8) Deciding whether to interview claimants and conducting interviews with claimants (including deciding what questions to ask) prior to making the claim decision? _X_ Yes ___ No

9) Assessing during the claimant interview whether the claimant is telling the truth, including making credibility determinations? _X_ Yes _X_ No — need to assess claim facts w/less option special circumstances.

10) Evaluating whether the claimant's current activities are consistent with the diagnosis and restrictions? _X_ Yes ___ No

11) Determining the claimant's motivation and expectations for returning to work with or without accommodations? _X_ Yes ___ No

12) Determining the amount of any offsets or other amounts (such as social security, state disability benefits, workers' compensation, income from other occupations, settlement money for lost wages) that may impact the claimant's LTD benefits calculation? _X_ Yes ___ No

13) Identifying and investigating discrepancies between the claimant's subjective complaints and the objective clinical findings in the claimant's medical records as well as any discrepancies in medical documentation? _X_ Yes _X_ No — with assistance from our clinical staff when needed

14) Determining and/or formulating opinions regarding the claimant's actual level of functionality, considering all sources of information? _X_ Yes ___ No

15) Conducting an interview with the claimant's employer and/or health care providers to obtain information relevant to the claim? _X_ Yes ___ No

16) Assigning an appropriate "Likely Claims Progression" category for each claim and reviewing factual information to adjust that Progression if needed? _X_ Yes ___ No

17) Developing and documenting an action plan and/or investigation scope for each claim (i.e., missing/needed information, discrepancies, to-do list, etc.)? _X_ Yes ___ No

18) Evaluating the restrictions and limitations identified in the claimant's medical records and whether/how they impact the claimant's ability to perform their own occupation? _X_ Yes ___ No — sometimes need nurse, medical dir, independent review opinions.

DB1/ 94376110.1

Confidential                                                      MLIC_000001329

19) In cases involving multiple diagnoses, determining which of the claimant's conditions is the disabling condition and/or what is causing or contributing to the claimant's impairment? _X_ Yes ___ No functional & WMC assessment
20) Determining whether the primary disabling condition is an "excluded" condition under the claimant's LTD benefits plan? _X_ Yes ___ No
21) Determining whether to extend ERISA deadlines given the timing and circumstances of the claim? _X_ Yes ___ No
22) Determining whether and when it is appropriate to involve a clinician, vocational rehabilitation expert or other internal resource(s)? _X_ Yes ___ No
23) Determining whether a claim requires additional investigation, including by the Special Investigation Unit (i.e. home visits, surveillance, social media searches, etc.)? _X_ Yes ___ No
24) Evaluating and applying investigation materials/information received from the Special Investigation Unit? _X_ Yes ___ No
25) Having social media searches conducted (or doing them on your own) and/or evaluating social media investigation findings?
   _X_ Yes ___ No
26) Evaluating whether the claimant is actually following the treatment plan recommended by his/her health care professional (filling prescriptions, participating in therapy, etc.)? _X_ Yes ___ No
27) Identifying and collaborating with MetLife attorneys and/or account representatives on complex claims involving legal issues or plan interpretations? _X_ Yes ___ No
28) Evaluating claims for possible fraud? _X_ Yes ___ No
29) Deciding whether a Claim Discussion Meeting ("CDM") with Unit Leaders, clinicians, vocational rehabilitation professionals, or other internal resources is needed for a claim? _X_ Yes ___ No
30) Assessing whether an injured employee can return to work and what, if any, accommodations need to be made at the workplace to facilitate the employee's return? _X_ Yes ___ No
31) Assessing the claimant's education, skills, alternate work experience, training, functionality and geographic area to determine whether he or she can return to work in any occupation? _X_ Yes _X_ No w/occ VRC
32) Determining whether Labor Market Surveys, Transferable Skills Analysis or Own Occupational Assessments should be requested? _X_ Yes _X_ No w/VRC assistance
33) Evaluating whether the claimant is a candidate for vocational rehabilitation? _X_ Yes ___ No
34) Acting as the owner of the long term disability claims in your assigned book of claims? _X_ Yes ___ No
35) Evaluating the facts and the terms of the LTD plan and all medical information to determine whether to approve or deny a claim? _X_ Yes ___ No
36) Rendering decisions (i.e., approval, denial, continuation, modification, termination) on claims for LTD benefits? _X_ Yes ___ No
37) Validating the appropriate benefit amount for the claim and authorizing payment of claims up to prescribed per-month authority limits? _X_ Yes ___ No
38) Preparing claim determination letters, including giving a reason for the claim decision, and communicating claim decisions to claimants? _X_ Yes ___ No
39) Reassessing medical information, restrictions and limitations during the life of the claim to determine whether a claim should be continued, modified or terminated? _X_ Yes ___ No
40) Mentoring and coaching less experienced LTD Claims Specialists? _X_ Yes ___ No

Shawn Stephenson
PRINT NAME

Shawn Stephenson
SIGN NAME

DB1/ 94376110.1

2

Confidential                                                                                                                          MLIC_000001330