UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Julian, *et al.*,

        Plaintiffs,

–v–

MetLife, Inc., *et al.*,

        Defendants.

17-cv-000957 (AJN)

ORDER ADOPTING REPORT AND RECOMMENDATION

ALISON J. NATHAN, District Judge:

    Before the Court is Judge Moses's Report & Recommendation recommending that the Court grant Defendants' Motion to Dismiss Plaintiff Arroyo's claims without prejudice. *See* Dkt. No. 168.

    When considering the findings and recommendations of a Magistrate Judge, the Court may "accept, reject, or modify [them], in whole or in part." 28 U.S.C. § 636(b)(1). The Court must make a *de novo* determination of any portions of a magistrate's report or findings to which a party raises an objection, and reviews only for "clear error on the face of the record" when there are no timely objections to the Report & Recommendation. *Banks v. Comm'r of Soc. Sec.*, No. 19-cv-929 (AJN) (SDA), 2020 WL 2765686, at *1 (S.D.N.Y. May 27, 2020); *see also Brennan v. Colvin*, No. 13-cv-6338 (AJN), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015); *Hicks v. Ercole*, No. 09-cv-2531 (AJN) (MHD), 2015 WL 1266800, at *1 (S.D.N.Y. Mar. 18, 2015); *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009). Clear error is found only when, upon review of the entire record, the Court is left with "the definite and firm conviction that a mistake has been committed." *Laster v. Mancini*, No. 07-CV-8265 (DAB) (MHD), 2013 WL 5405468, at *2 (S.D.N.Y. Sept. 25, 2013) (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).

As of this date, no objections to the Report & Recommendation have been filed, and the deadline for objections has passed. *See* Dkt. No. 157. The Court thus reviews the Report & Recommendation for clear error. It finds none. The Court therefore adopts the Report & Recommendation in its entirety and GRANTS Defendant's motion to dismiss without prejudice for the reasons provided in Judge Moses's Report and Recommendation.

SO ORDERED.

Dated: October 14, 2020

New York, New York

_____
ALISON J. NATHAN
United States District Judge