UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

Julian, *et al.*,

　　　　　　　Plaintiffs,

　　　　–v–

MetLife, Inc., *et al.*,

　　　　　　　Defendants.

17-cv-957 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　　On June 25, 2020, the Court referred Defendants' Motion for Judgment on the Pleadings

(Dkt. No. 170) to Magistrate Judge Moses for Report & Recommendation.  Dkt. No. 187.  It is

ORDERED that the reference is withdrawn.

　　　SO ORDERED.

Dated: March 16, 2021
　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge

1