```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Julian,

                Plaintiff,

    –v–

MetLife, Inc., *et al.*,

                Defendants.

17-cv-0957 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On October 1, 2021, Plaintiffs filed a Motion for Leave to Appeal the Court's FLSA Decertification and Summary Judgment rulings (Dkt. No. 348) pursuant to 28 U.S.C. § 1292(b) and Letter Motion to Stay Plaintiffs' Motion to Toll the Statute of Limitations for Opt-In Plaintiffs (Dkt. No. 358). Defendants shall file a response to Plaintiffs' motions no later than October 29, 2021. Plaintiffs shall file a reply, if any, no later than November 12, 2021.

SO ORDERED.

Dated: October 4, 2021
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge