```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian,

                Plaintiff,

      –v–

MetLife, Inc., *et al.*,

                Defendants.

**CORRECTED**

17-cv-0957 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On September 28, 2021, Defendants filed a motion to sever claims of plaintiffs for trial. Dkt. No. 353. Plaintiffs shall file a response to Defendants' motion no later than November 4, 2021. Defendants shall file a reply, if any, no later than November 18, 2021.

SO ORDERED.

Dated: October 7, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1