

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA JULIAN, et al., | |
|             Plaintiffs, | 17-CV-957 (AJN) (BCM) |
| -against- | **ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
|             Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's telephonic conference, it is hereby ORDERED that the deadline for completing fact discovery, including fact depositions, is extended to **January 15, 2022**. Any motions to compel or for a protective order with respect to written fact discovery shall be made no later than **December 22, 2021**.

It is further ORDERED that Judge Moses will hold a telephonic status conference on **January 20, 2022 at 11:00 a.m**. The parties shall dial (888) 557-8511 and enter the access code 7746387 at the scheduled time. No later than **January 18, 2022**, the parties shall submit a joint status letter updating the Court on the status of the case and any settlement efforts.

Dated:  New York, New York
          December 1, 2021

                                        **SO ORDERED**.

                                        _____
                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**